UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| SARAH and STACY STANTON,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBLILE INSURANCE COMPANY,<br><br>Defendant. | CIV. 16-1017<br><br>JUDGMENT OF DISMISSAL |

The Court having entered its Order of Dismissal on December 23, 2016, it is hereby,

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed on the merits, with prejudice and without costs to either of the parties.

Dated this 23rd day of December, 2016.

JOSEPH HAAS, Clerk

By: *Sarah Connell*
Sarah Connell
Deputy Clerk